UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DAVID CHRISTIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:21-cv-192 |
| v. ) | |
| ) | Judge Atchley |
| KINGSPORT POLICE DEPARTMENT, ) | |
| ) | Magistrate Judge Wyrick |
| Defendant. ) | |

## ORDER

On February 11, 2022, United States Magistrate Judge Cynthia Richardson Wyrick filed an Order and Report and Recommendation [Doc. 8] pursuant to 28 U.S.C. § 636 and the Rules of this Court. Magistrate Judge Wyrick granted Plaintiff's request to proceed *in forma pauperis* [Doc. 1] but recommended the Complaint be dismissed. [Doc. 8]. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation [*Id.*], as well as the record, and agrees with Magistrate Judge Wyrick's conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Wyrick's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 8]. Thus, this action is hereby **DISMISSED**, in its entirety, with prejudice.

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Magistrate Judge Poplin advised that the parties had fourteen days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 3 at 12 n.9]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."). Plaintiff called the Court to request an update on December 15, 2021 and reported he had not yet received a copy of Judge Poplin's Report and Recommendation [Doc. 3]. After confirming Plaintiff's address, another copy was mailed to the address provided.